# ATTACHMENT 1

DOC NO
REC'D/FILED

2018 SEP 19 AM 10: 16

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

# COMPLAINT FORM

**(for filers who are prisoners without lawyers)**

### IN THE UNITED STATES DISTRICT COURT
FOR THE __WESTERN__ DISTRICT OF __WISCONSIN__

(Full name of plaintiff(s))

__DEXTER  ANDERSON__

vs

(Full name of defendant(s))

__UNITED STATES OF AMERICA,__

__D. VAIR,__

__ORMAN__

Case Number:

**18 777-umc**

(to be supplied by clerk of court)

## A.    PARTIES

1.    Plaintiff is a citizen of __MINNESOTA__, and is located at
(State)

__FEDERAL PRISON CAMP: P.O. BOX 1000; DULUTH MN. 55814__
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2.    Defendant __D. VAIR__

(Name)

is (if a person or private corporation) a citizen of _____unknown_____

(State, if known)

and (if a person) resides at _____unknown_____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _Federal Bureau of Prisons; 4200 Bureau Rd. North Terre Haute, IN 47808_ (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.) ⟶ CONTINUED

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

On August 15, 2017, Federal Bureau of Prisons employees used excessive force to restrain me before boarding the transport bus from the Federal Prison Camp (FPC) in Oxford, Wisconsin to the FPC in Duluth, Minnesota. Specifically, Officer Orman placed me in handcuffs as a form of punishment and the handcuffs were excessively tight. I was not combative or threatening at any time prior to or after the placement of the handcuffs.

Attachment One (Complaint) – 2

When I complained to officer Orman's supervisor, that I could not feel any blood circulation in my hands and forearms, I was met with more threats of violence by Lieutenant D. Vair. Because I did not want to be retaliated against for complaining, I suffered quietly during most of the duration of the 11-12 hour bus ride which I could not use the restroom. As a direct result of the unreasonable and excessive force used I did suffer cuts and bruises to my wrists. Orman is personally and individually involved because he maliciously used excessive force that caused my injury. D. Vair is personally and individually involved because he failed to act to my complaints that I was in pain and further threatened to inflict more pain or force if I continued to complain. Therefore, he is responsible for my injury as well. The force used against me by Orman and D. Vair was maliciously and sadistically used with the intentions of causing me harm which I consider CRUEL and unusual in violation of my Eighth Amendment rights. See Attached Declaration.

Attachment One (Complaint) – 3

2. Defendant: ORMAN
   State: UNKNOWN
   Address: UNKNOWN
   Worked for: Federal Bureau of Prisons;
              4200 Bureau Road North
              Terre. Haute, IN 47808


2. Defendant: United States of America
             Department of Justice
             Federal Bureau of Prisons
             North Central Regional Office
             400 State Avenue
             Tower II, Suite 800
             Kansas City, KS 66101

C.    JURISDICTION

[X]    I am suing for a violation of federal law under 28 U.S.C. § 1331.
                              OR

[ ]    I am suing under state law. The state citizenship of the plaintiff(s) is (are)
different from the state citizenship of every defendant, and the amount of
money at stake in this case (not counting interest and costs) is
$_____.

D.    RELIEF WANTED

Describe what you want the court to do if you win your lawsuit.  Examples may
include an award of money or an order telling defendants to do something or
stop doing something.

1) Compensatory Damages of $75,000.00 for Physical Injuries under the

Federal Tort Claims Act;

2) Compensatory and Punitive Damages of $100,000.00 for each individual

Defendant under 42 U.S.C. § 1983;

3) An award to the Plaintiff of the Costs associated with this action;

and 4) An award to the Plaintiff of the attorney's fees--and all other

relief deemed just and proper by the Courts.

E.    JURY DEMAND

[x]    Jury Demand - I want a jury to hear my case    *Under Bivens Claims

OR

[X]    Court Trial – I want a judge to hear my case    *Under FTCA Claims

Dated this ___8th___ day of ___September___ 20_18_.

Respectfully Submitted,

*Dexter Anderson*
Signature of Plaintiff

___07132-089___
Plaintiff's Prisoner ID Number

___Federal Prison Camp: P.O. Box 1000___

___Duluth, MN 55814___
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

[x]    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

[ ]    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Attachment One (Complaint) – 5