IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DEXTER ANDERSON,

    Plaintiff,

v.

D. VAIR and ORMAN,

    Defendants.

ORDER

Case No. 18-cv-777-wmc

---

In an order entered on March 9, 2020, this court granted plaintiff Dexter Anderson leave to proceed against defendants Orman and D. Vair. The court directed the U.S. Marshals Service to effect service upon defendants. On March 18, 2020, the U.S. Marshals returned an executed service form as to D. Vair; however, returned an unexecuted service form as to Orman.

Although the U.S. Marshals office has indicated that it cannot identify defendant Orman, plaintiff may be able to provide further information about Orman's identity which will allow this defendant to be served later in this case. Even though plaintiff does not appear to Orman's full name, "when the substance of a pro se civil rights complaint indicates the existence of claims against individual officials not named in the caption of the complaint, the district court must provide the plaintiff with an opportunity to amend the complaint." *Donald v. Cook County Sheriff's Department*, 95 F.3d 548, 555 (7th Cir. 1996). At the preliminary pretrial conference, Magistrate Judge Stephen Crocker will discuss with the parties the most efficient way to obtain the identification of this defendant and will set a deadline for plaintiff to amend his complaint to include this defendant.

Entered this 20th day of April, 2020.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge