IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEXTER ANDERSON,

    Plaintiff,

  v.                                     Case No. 18-cv-777-wmc

UNITED STATES OF AMERICA,
D. VAIR, and ORMAN,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Dexter Anderson and against defendant United States of America in the amount of $500.00.

| /s/ *L. Miller*, Deputy Clerk | November 30, 2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |